

October 21, 2020

<u>VIA ECF</u>
Magistrate Judge Peggy Kuo
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY

      Re: Veras v. El Rancho Dominicano Corp et al

Your Honor,

I am counsel for Plaintiffs in the above referenced action. I am writing jointly with defendants to inform the Court that the parties have reached a settlement in principle. We respectfully request (30) days to submit settlement documents for the court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015)

            Respectfully,

            _/s/Lina stillman

42 Broadway, 12th Floor, New York, NY 10004

P: 800-933-5620  www.FightForUrRights.com