<u>SCHEDULE "A"</u>

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREGORIO VERAS, individually and on behalf of
all other employees similarly situated,

                               Plaintiff,

      -v-

FERMIN SALAZAR BATISTA, ROBIN SALAZAR
NUNEZ, LENY SALAZAR NUNEZEZ and RANCHO
RESTAURANT CORP (DBA EL RANCHO
DOMINICANO) jointly and severally,

                              Defendants.
------------------------------------------------------------------X

Case No.: 20-cv-02815 (PKC)(PK)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to any party or against any other. This Stipulation may be filed without further notice with the Clerk of the Court.

      This Stipulation shall not be in effect until executed by all parties set forth herein.

Dated: November 19, 2020

By: _____
David S. Feather, Esq.
Feather Law Firm, P.C.
666 Old Country Road, Suite 605
Garden City, New York 11530
*Attorneys for Defendants*

By: *Lina Stillman, Esq.*
Lina Stillman, Esq.
Stillman Legal PC
42 Broadway, 12th Floor
New York, New York 10004
*Attorneys for Plaintiff*

7